**No. 43434.**—Protests 21244–K, etc., of Wm. Goodacre & Sons, Ltd. (Boston).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of cocoa fiber mats similar to those the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43435.**—Protests 715184–G, etc., of De Grauw Aymar & Co. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of cocoa fiber mats similar to those the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43436.**—Protests 771007–G, etc., of Morilla Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, APRIL 1, 1940

**No. 43437.**—Protests 388–K (B), etc., of Salzman & Klinger, Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 2, 1940

**No. 43438.**—Protests 760305–G, etc., of R. U. Delapenha & Co. et al. (New York).

Opinion by KEEFE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

MARCH 29, 1940

**No. 43439.**— ▮▮▮▮▮ —Protests 942495–G, etc., of Mitsubishi Shoji Kaisha, Ltd. Abstract 43258. Application by plaintiff for rehearing granted.